ROBERT A. BENTZ, an Infant, by Her Guardian ad Litem CHARLES BENTZ, et al., Respondents, v. ESTELLE KRASNER et al., Appellants.— While the order of July 27, 1961, denied a motion which was nominally characterized by defendants as one for reargument, actually such motion was a new motion, since it was based on additional facts which were set forth in additional affidavits. Hence, said order is reviewable by appeal therefrom, and said order supersedes the original order. Accordingly, the appeal from the original order, entered June 21, 1961, is dismissed, without costs. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

RENEE CANNER et al., Respondents, v. ARGO SCHILDKNECHT LUMBER Co. et al., Appellants.— The defendant Mehltreiter, who was operating a loaded lumber truck owned by the defendant lumber company, requested the plaintiff wife to remove her automobile from her driveway so that he could park the truck thereon and unload it. She did so and parked at the curb, remaining seated in the car. Defendant Mehltreiter then commenced to back the truck onto the driveway. While so doing, he caused the truck to strike and damage the parked car and to injure the plaintiff wife. On this record no triable issue of fact as to liability has been presented. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.